# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MAKEYTA RENEA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-1398 NAB |
| | ) | |
| MANOR CARE HEALTH SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's complaint. The complaint does not comply with Rules 8 or 10 of the Federal Rules of Civil Procedure. As a result, plaintiff must submit an amended complaint.

Rule 8(a) requires that the complaint contain "a short and plain statement of the claim showing that [plaintiff] is entitled to relief . . ." And Rule 10(b) requires a plaintiff to "state [her] claims . . . in numbered paragraphs, each limited as far as practicable to a single set of circumstances."

Plaintiff's complaint is far too long. The essence of her claim is that she was terminated from her job because of her race and in retaliation for filing a workers' compensation claim. The complaint, however, spans forty-three pages and contains a large amount of unnecessary information. Additionally, it is not separated into paragraphs.

Defendant cannot reasonably be expected to wade through the allegations searching for relevant information. Therefore, plaintiff must submit an amended complaint that complies with the Rules. Namely, it must contain a short and plain statement of the facts she believes entitle

her to relief. It must not contain legal arguments; only the facts are necessary. And her claims must be separated into numbered paragraphs.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must submit an amended complaint within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without further proceedings.

Dated this 2nd day of May, 2017.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE